## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**PUERTO RICO FARM CREDIT, ACA,**
     **Plaintiff,**

v.
                                     **CIVIL NO.: 97-2702 (DRD)**

**NELSON RODRIGUEZ GIOVANETTI, et al.,**
     **Defendants.**

---

| ORDER |
|---|

The Plaintiff, Puerto Rico Farm Credit, ACA, filed a Motion of Voluntary Dismissal (Docket No. 10), requesting the Court to dismiss this case without prejudice. The Court, pursuant to Fed.R.Civ.P. 41(a)(2) and because no counterclaim has been pleaded by the defendants, **GRANTS** the Plaintiff's motion, and therefore this case is **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

**Date: July 24, 2000**

P:\PEACHORD.ERS\97-2072.DIS

                                      **DANIEL R. DOMINGUEZ**
                                      **U.S. DISTRICT JUDGE**

RECEIVED AND FILED
00 JUL 26 AM 8:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| Rec'd: | EOD: |
|---|---|
| By: | # 11 |