UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO FARM CREDIT, ACA,
    Plaintiff,
v.                                                                    CIVIL NO.: 97-2702 (DRD)
NELSON RODRIGUEZ GIOVANETTI, et al.,
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ADJUDGED AND DECREED.**

Date: July 24, 2000

P:\PEACHORD.ERS\97-2072.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 JUL 26 AM 8:56
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:         EOD:

By:         #  12